UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:18-cv-02351-TLN-DB |
| Plaintiff, | |
| v. | ORDER |
| ERIC R. BROOKS; KELLER WILLIAMS, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 7, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 34.) Plaintiff has filed objections to the findings and recommendations (ECF No. 35), as well as a fifth amended complaint (ECF No. 36), and Defendants filed a response (ECF No. 37).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. The Court finds Plaintiff's objections unavailing and the proposed fifth amended complaint, even if the Court were to deem

it properly filed,[1] does not change the analysis or outcome recommended by the magistrate judge. Indeed, Plaintiff's fifth amended complaint continues to assert that the Court has jurisdiction on the basis of federal question, but grounds that federal question jurisdiction in trespass, which does not state a federal cause of action.  Allowing amendment would therefore be futile.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2020 (ECF No. 34), are ADOPTED IN FULL;

2. Defendants' August 21, 2019 motion to set aside entry of default (ECF No. 20) is GRANTED;

3. The fourth amended complaint (ECF No. 33) is DISMISSED without prejudice; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 23, 2020

_____
Troy L. Nunley
United States District Judge

---

[1] Plaintiff did not seek and was not granted leave to amend.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28